# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131987(45)

DAWN MARIE MILLER,
              Plaintiff-Appellant,
and

DEPARTMENT OF COMMUNITY HEALTH,
              Intervening Plaintiff,

v

PROGRESSIVE CORPORATION,
PROGRESSIVE CASUALTY INSURANCE
COMPANY, PROGRESSIVE CLASSIC
INSURANCE COMPANY, and PROGRESSIVE
MICHIGAN INSURANCE COMPANY,
              Defendants,
and

CITIZENS INSURANCE COMPANY OF
AMERICA,
              Defendant-Appellee.

_____

SC: 131987
COA: 259504
Washtenaw CC: 02-000284-NF

        On order of the Chief Justice, the motion by Plaintiff-appellant for extension of the time for filing her brief is considered and, it appearing the brief was filed August 7, 2007, the time for filing is extended to that date.

        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2007

                                                    _____
                                                    Clerk